IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03109-MSK-MJW

MICHAEL RAWLINGS and
HEATHER RAWLINGS,

Plaintiffs,

v.

BANK OF AMERICA, N.A., a foreign corporation,
COUNTRYWIDE HOME LOANS, INC., a foreign corporation,
BAC HOME LOANS SERVICING, LP, a foreign entity, and
JOHN and JANE DOES 1-10,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Unopposed Motion to Stay Proceedings (Docket No. 17) is GRANTED. This matter (including all deadlines) is STAYED until March 29, 2013. The parties are ORDERED to file a joint written status report on or before March 22, 2013. The Scheduling Conference set for February 26, 2013 is VACATED.

Date: January 7, 2013