IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF UNITED STATES DISTRICT JUDGE MARCIA S. KRIEGER

Civil Case No. 12-cv-03109-MSK-MJW

MICHAEL RAWLINGS; and
HEATHER RAWLINGS,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., a foreign corporation,

    Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Defendants Countrywide Home Loans, Inc., a foreign corporation, BAC Home Loans Servicing, LP, a foreign entity, and John and Jane Does 1-10 Without Prejudice **(#43)** filed April 21, 2014. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiffs against Defendants Countrywide Home Loans, Inc., a foreign corporation, BAC Home Loans Servicing, a foreign entity, and John and Jane Does 1-10 are hereby dismissed without prejudice.

DATED this 21st day of April, 2014.

                                          **BY THE COURT:**

                                          *Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Court