IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03109-MSK-MJW

MICHAEL RAWLINGS and
HEATHER RAWLINGS,

Plaintiffs,

v.

BANK OF AMERICA, N.A., a foreign corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that Defendant's Unopposed Motion to Modify Scheduling Order to Enlarge Deadlines (**Docket No. 62**) is **GRANTED IN PART and DENIED IN PART**.  All relief requested is granted except extension of the deadline to file motions to exclude expert testimony; that deadline is not part of the magistrate judge's scheduling order but, rather, is part of the district judge's trial management order.  The parties will have to file a separate motion to extend that particular deadline.

      It is further **ORDERED** that the Scheduling Order (**Docket No. 53**) is **AMENDED** as follows:
- The deadline for designation of affirmative experts is extended to January 6, 2015;
- The deadline to serve written discovery and the deadline to complete depositions are extended to January 30, 2015;
- The deadline for designation of rebuttal experts is extended to February 5, 2015;
- The discovery cut-off is extended to April 6, 2015; and
- The dispositive motions deadline is extended to July 17, 2015.

      Although good cause has been shown for the requested relief, the motion contains no explanation as to why it was filed months after most of the deadlines at issue expired.  The Court advises the parties that--in light of the age of this case and in light of the extraordinary and unexplained tardiness of this motion--no further motions to amend the scheduling order will be entertained.

Date: December 18, 2014